We have searched this record in vain for any testimony supporting this allegation.

Because of the failure to sustain this allegation, the testimony is insufficient to support the conviction. Hadley v. State, 151 Tex.Cr.R. 27, 205 S.W.2d 374; Stasney v. State, 151 Tex.Cr.R. 563, 208 S.W.2d 894.

The judgment is reversed and the cause remanded.

Opinion approved by the court.

### THOMPSON v. STATE.
### No. 25149.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with the offense of burglary. The jury found him guilty and assessed his punishment at confinement in the penitentiary for two years.

The caption found in the transcript herein is deficient in that it does not show the date when the term of court was adjourned. For want of jurisdiction, the appeal is dismissed.

### STEVENS v. STATE.
### No. 25162.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Robbery is the offense; the punishment, confinement in the penitentiary for fifty years.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for consideration.

The judgment of the trial court is affirmed.

Opinion approved by the court.